BOULEVARD BUILDING CO., PETITIONER, *v.* COMMISSIONER OF
INTERNAL REVENUE, RESPONDENT.

Docket No. 43918.   Promulgated December 23, 1930.

*James D. Benedict, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

OPINION.

BLACK: In this proceeding the petitioner seeks redetermination of
its income tax liability for the calendar year 1926, for which year the
respondent has determined a deficiency in the amount of $405.

The sole error alleged is that the respondent erroneously included
in the petitioner's income the difference between the issuing price of
certain of petitioner's bonds and the price paid for these bonds by
the petitioner for retirement.

It has been stipulated that in 1923 the petitioner had an outstand-
ing bonded indebtedness of $90,000, secured by a mortgage on its real
estate; that during the year 1923 petitioner purchased $29,000 face
value of said mortgage bonds for $26,000; that these bonds were pur-
chased for the purpose of cancellation; and that they were held until
1926, when they were delivered to the trustee and canceled.

The respondent held that when petitioner purchased its own bonds
for less than par and retired the same, the difference between the is-
suing price and the price paid for them for retirement represented
taxable gain or income. The Board has considered this question in
a number of cases, both where a corporation purchased its own bonds
for investment and where it purchased them for retirement and, fol-
lowing *Bowers* v. *Kerbaugh-Empire Co.*, 271 U. S. 170, has held that
the difference between the issuing price at which said bonds were sold
and the price for which they were purchased by the corporation does
not represent taxable gain to the corporation. See *American Tobacco
Co.* v. *Commissioner*, 20 B. T. A. 586, and the cases cited therein.

Under the authority of these cases we hold that the respondent
erred in determining that petitioner realized a taxable gain upon the
purchase and retirement of the bonds involved in this proceeding.

*Judgment of no deficiency will be entered.*